IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **MICHELLE DAVIS** | * | |
| Plaintiff | * | |
| | * | CIVIL NO. JKB-15-3715 |
| v. | * | |
| **MRS BPO, LLC** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

In light of Plaintiff's Notice of Dismissal filed on February 25, 2016 (ECF No. 10), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 26th day of February, 2016.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge